FILED

06/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0080

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0080

_____

IN RE THE PARENTING OF K.J.K.

DOREEN KING and JAMES KING,

      Petitioners and Appellants,

v.

KENLEY (KING) CHILCOTT and BRIAN
CHILCOTT,

      Respondents and Appellees.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 17 2020